IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERAD PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>AMBASSADOR, CITY OF MISSOULA,<br><br>Defendant. | Cause No. CV 20-95-M-DLC-KLD<br><br>FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Plaintiff Jerad Patterson moved to proceed in forma pauperis with this action on June 25, 2020.

On June 26, 2020, the Court granted Plaintiff forma pauperis status and gave him an opportunity to plead additional facts in support of a claim and in support of federal jurisdiction. The Order was returned as undeliverable but remailed to Plaintiff at another address. On that occasion, it was not returned. Plaintiff did not respond to the Order.

For the reasons explained in the Order of June 26, 2020, *see* Order (Doc. 4) at 2–3, the Court finds that Plaintiff fails to state a claim and that federal jurisdiction is absent.

1

Based on the foregoing, the Court enters the following:

### RECOMMENDATION

1. Plaintiff's complaint (Doc. 2) should be DISMISSED for failure to state a claim on which relief may be granted and for lack of federal jurisdiction.

2. Pursuant to Fed. R. App. P. 24(a)(3)(A), the District Court should CERTIFY that any appeal from this disposition would not be taken in good faith.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Plaintiff may object to the Findings and Recommendations within 14 days. *See* 28 U.S.C. § 636(b)(1).[1]  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

<u>Plaintiff must immediately advise the Court of any change in her mailing or email address</u>.  Failure to do so may result in dismissal of the action without notice to him.

DATED this 20th day of August, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

---

[1] This deadline allows a party to act within 14 days after the Findings and Recommendation is "served."  Federal Rule of Civil Procedure 6(d) allows three additional days after the period would otherwise expire.